IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DARRYL E. COLEMAN | : | NO. 96-539-1 |

## ORDER

AND NOW, this 18th day of August, 2016, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendant Darryl E. Coleman "for a sentence reduction pursuant to 18 U.S.C. Section 3582, USSG Amendment 782, and Amendment 750" (Doc. # 1198) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                        J.