BLD-118

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2824
_____

UNITED STATES OF AMERICA

v.

DARRYL E. COLEMAN,
a/k/a T; a/k/a Tubbs; a/k/a D,

                        Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 2-96-cr-00539-001)
District Judge: Honorable Harvey Bartle, III
_____

Submitted for Possible Dismissal Due to a Jurisdictional Defect and
Possible Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 13, 2020

Before: AMBRO, GREENAWAY, JR., and BIBAS, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted for possible summary

action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on February 13, 2020. On

consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 22, 2019, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATED: February 25, 2020

**Certified as a true copy and issued in lieu of a formal mandate on**    04/17/20

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**