IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DARRYL E. COLEMAN | : | NO. 96-539-1 |

## ORDER

And now, this 15th day of February 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Darryl E. Coleman to reduce his sentence pursuant to § 404 of the First Step Act (Doc. #1283) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.