```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DARRYL E. COLEMAN | : | NO. 96-539-1 |

### ORDER

AND NOW, this 24th day of November 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Darryle E. Coleman for early termination of supervised release or in the alternative reduction of supervision (Doc. # 1345) is DENIED.

                                        BY THE COURT:


                                        /s/   Harvey Bartle III
                                                                J.